Michael D. Bohannon, PLLC　　　　　　　　　　　Honorable Philip H. Brandt
WSBA #14274　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
19586 10th Avenue NE, Suite 300
PO Box 2326
Poulsbo, WA   98370
Ph (360) 779-6665 Fx (866) 426-0623

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

IN RE:　　　　　　　　　　　　　　　　　　　　　　　　NO. 01-52112-PHB

DEBORAH K. RADFORD,
　　　　　　　　　　　　　　Debtor.
_____

DEBORAH K. RADFORD,

　　　　　　　　　　　　　　Plaintiff,　　　　　　ADVERSARY
vs.　　　　　　　　　　　　　　　　　　　　　　　　　CAUSE NO. 08-04111-PHB

GREENPOINT CREDIT, LLC and GREEN TREE　　　ANSWER TO COMPLAINT FOR
SERVICING LLC,　　　　　　　　　　　　　　　　　　VIOLATION OF DISCHARGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　INJUNCTION
　　　　　　　　　　　　　　Defendants.

　　　　COME NOW GreenPoint Credit, LLC ("GreenPoint") and Green Tree Servicing LLC ("Green Tree"), and in answer to Plaintiff's Complaint for Violation of Discharge Injunction (the "Complaint"), state as follows:

**I.  ANSWER**

　　　　1.1　　GreenPoint and Green Tree lack sufficient knowledge to admit or deny the allegations contained in paragraphs 1.1, 1.2, 1.3, 1.4, 2.1, 3.1, 4.1, 4.2, 4.3, 4.4, 5.3 and 6.2 of the Complaint and therefore deny the same.

　　　　1.2　　GreenPoint and Green Tree deny the allegations contained in paragraphs 4.5, 5.4, 5.5, 6.3 and 6.4 of the Complaint.

　　　　1.3　　With respect to paragraph 2.2 of the Complaint, GreenPoint denies it is a Delaware corporation. GreenPoint admits that it is registered in the State of Washington

ANSWER TO COMPLAINT FOR VIOLATION OF DISCHARGE　　　19586 10th AVENE NE, SUITE 300, POULSBO, WA  98370
INJUNCTION-1　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. BOX  2326, POULSBO, WA  98370
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PHONE: (360) 779-6665  FAX: (866) 426-0623
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　mike@bohannonlaw.com  www.bohannonlaw.com



and that its registered agent is Lexis Document Services Inc. located at 6500 Harbour Heights Parkway, Suite 400, Mukilteo, Washington.

1.4    With respect to paragraph 2.3 of the Complaint, Green Tree denies it is a Delaware corporation.  Green Tree admits that it is registered in the State of Washington and that its registered agent is C T Corporation System located at 1801 West Bay Drive NW, Suite 206, Olympia, Washington.

1.5    With respect to paragraph 5.1 of the Complaint, GreenPoint and Green Tree incorporate herein their answers to the preceding paragraphs.

1.6    With respect to paragraph 5.2 of the Complaint, the recital of statutory provisions is not an allegation or statement of fact, is not appropriate for a complaint, and no response is appropriate thereto.

1.7    With respect to paragraph 6.1 of the Complaint, GreenPoint and Green Tree incorporate herein their answers to the preceding paragraphs.

## II. AFFIRMATIVE DEFENSES

2.1    The Complaint fails to state a claim against GreenPoint or Green Tree for which relief can be granted.

2.2    The legal principals of collateral estoppel and law of the case bar Plaintiff's claims.

2.3    The claims asserted by Plaintiff are subject to arbitration pursuant to the terms of the parties' contract.

2.4    Plaintiff failed to mitigate her alleged damages.

2.5    Plaintiff's alleged damages, if any, were caused by persons or entities other than GreenPoint and Green Tree.

2.6    Plaintiff's alleged damages, if any, were caused solely or in part by Plaintiff's own acts or omissions or those of her agents.

ANSWER TO COMPLAINT FOR VIOLATION OF DISCHARGE INJUNCTION-2

19586 10th AVENUE NE, SUITE 300, POULSBO, WA  98370
P.O. BOX  2326, POULSBO, WA  98370
PHONE: (360) 779-6665   FAX: (866) 426-0623
mike@bohannonlaw.com  www.bohannonlaw.com



2.7     GreenPoint and Green Tree reserve the right to assert additional affirmative defenses as additional discovery may warrant.

WHEREFORE, having fully answered the Complaint, GreenPoint and Green Tree pray for the following relief:

1.      That Plaintiff's claims against GreenPoint and Green Tree be dismissed with prejudice;

2.      For an award of GreenPoint and Green Tree's attorney's fees, costs and expenses incurred in defending against this action; and

3.      That GreenPoint and Green Tree be granted such other and further relief as the Court may deem just and equitable under the circumstances.

DATED October 8, 2008.

MICHAEL D. BOHANNON, PLLC

*/s/ Michael D. Bohannon*
Michael D. Bohannon, WSBA #14274
Attorney for Defendants

ANSWER TO COMPLAINT FOR VIOLATION OF DISCHARGE INJUNCTION-3

19586 10th AVENE NE, SUITE 300, POULSBO, WA  98370
P.O. BOX  2326, POULSBO, WA  98370
PHONE: (360) 779-6665   FAX: (866) 426-0623
mike@bohannonlaw.com  www.bohannonlaw.com

